UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ILBER ROSMAR VIVAS COMENARES,

                Petitioner,

v.

KEVIN RAYCRAFT et al.,

                Respondents.

_____/

Case No. 1:26-cv-798

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that Respondents shall release Petitioner from custody, subject to any conditions that existed under Petitioner's § 1182(d)(5)(A) parole.

**IT IS FURTHER ORDERED** that Respondents are enjoined from re-detaining Petitioner absent a material change in circumstances unless the requirements of due process have been satisfied.

**IT IS FURTHER ORDERED** that, within three days of the issuance of this judgment, Respondents shall file a status report with the Court to certify compliance with the Court's opinion and judgment.

**IT IS FURTHER ORDERED** that the States Attorney General is **DISMISSED** as a Respondent in this matter.


Dated:   March 20, 2026                              /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge